**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (If known) _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Teezey Manufacturing, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   26-1807151

4. **Debtor's address**

   **Principal place of business**

   525 West Avenue L
   Number    Street
   Suite C

   Calimesa, CA 92320
   City    State    ZIP Code

   Riverside County
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

   None

Debtor  Teezey Manufacturing, Inc.
     Name

Case number *(if known)*

**6. Type of debtor**

- [X] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [X] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
3327

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. *Check **all** that apply*:

  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- [ ] Chapter 12

Debtor Teezey Manufacturing, Inc. Case number (if known) _____
 _____
 Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

X No

☐ Yes. District _____ When __/__/____ Case number _____
 MM / DD / YYYY

If more than 2 cases, attach a separate list.

 District _____ When __/__/____ Case number _____
 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

X No

☐ Yes. Debtor _____ Relationship _____
 District _____ When __/__/____
 MM / DD / YYYY
 Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

X Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

X Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

X Other  Property is located in premises leased by Debtor's minority shareholder who is in default on the rent and lessor is threating eviction [Property Manager is Ms. Jeanette Ruiz of Essex Realty Management (951) 274-7800]

Where is the property?  525 West Avenue L, Suite C
 Number Street

 Calimesa CA 92320
 City State ZIP Code

**Is the property insured?**

☐ No Unknown if property is insured
☐ Yes. Insurance agency _____

 Contact name _____

 Phone _____

**Statistical and administrative information**

Debtor _____    Case number (if known) _____
       Name

| | Check one: |
|---|---|
| 13. Debtor's estimation of available funds | ❏ Funds will be available for distribution to unsecured creditors. |
| | ❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ❏ 1-49 | ❏ 1,000-5,000 | ❏ 25,001-50,000 |
|---|---|---|---|
| | ❏ 50-99 | ❏ 5,001-10,000 | ❏ 50,001-100,000 |
| | ❏ 100-199 | ❏ 10,001-25,000 | ❏ More than 100,000 |
| | ❏ 200-999 | | |

| 15. Estimated assets | ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

| 16. Estimated liabilities | ❏ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
|---|---|---|---|
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/16/24
             MM / DD / YYYY

X _____     TERRY ZUPAN
Signature of authorized representative of debtor    Printed name

Title  CORPORATE AGENT

Debtor __Teezey Manufacturing, Inc._____  Case number (if known)_____
　　　　Name

18. **Signature of attorney**    ✗ _Evan L. Smith_ (signature)    Date  05/16/2024
　　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　MM / DD / YYYY

　　Evan L. Smith
　　Printed name
　　Messina & Hankin, LLP
　　Firm name    24910 Las Brisas Road, Suite 102
　　Number    Street
　　　　　　　Murrieta　　　　　　　　　　　CA　　　　92562
　　City　　　　　　　　　　　　　　　　　　State　　ZIP Code
　　(951) 894-7332 ext. 119　　　　　　　　　elsmith@messinahankinlaw.com
　　Contact phone　　　　　　　　　　　　　Email address
　　101369　　　　　　　　　　　　　　　　CA
　　Bar number　　　　　　　　　　　　　　State